No. 567. PAN ATLANTIC STEAMSHIP CORP. *v.* FYFE ET AL., DOING BUSINESS AS UNITED FIBRE Co. December 9, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Russell C. Gay* for petitioner. *Mr. Henry N. Longley* for respondents.

No. 468. LYNCH *v.* SUPERIOR COURT OF LOS ANGELES COUNTY. December 16, 1940. Petition for writ of certiorari to the Supreme Court of California, and motion for leave to proceed further *in forma pauperis*, denied. *Henry L. Lynch, pro se.*

No. 560. SIDIS *v.* F-R PUBLISHING CORPORATION. December 16, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Mr. Edwin J. Lukas* for petitioner. *Mr. Morris L. Ernst* for respondent.

No. 532. KORTEPETER *v.* UNITED STATES; and
No. 533. DERBYSHIRE *v.* UNITED STATES. December 16, 1940. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Paul Y. Davis* and *William G. Sparks* for petitioners. *Solicitor General Biddle* and *Mr. Harry B. Wirin* for the United States. Reported below: 114 F. 2d 124.

No. 553. LENIHAN ET AL. *v.* TRI-STATE TELEPHONE & TELEGRAPH Co. ET AL. December 16, 1940. Petition for writ of certiorari to the Supreme Court of Minnesota denied. *Mr. David J. Erickson* for petitioners. *Messrs. Tracy J. Peycke, Clarence B. Randall, Ralph A. Stone,*

and *C. M. Bracelen* for the Tri-State Telephone & Telegraph Co.; *Messrs. R. S. Wiggin* and *John F. Bonner* for Minneapolis; and *Messrs. J. A. A. Burnquist,* Attorney General of Minnesota, *Alfred W. Bowen* and *George T. Simpson* for Charles Munn et al., respondents.

No. 555. TEXAS COMPANY *v.* NATIONAL LABOR RELATIONS BOARD. December 16, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Harry T. Klein, James H. Pipkin,* and *Lionel P. Marks* for petitioner. *Solicitor General Biddle, Assistant Solicitor General Fahy,* and *Messrs. Thomas E. Harris, Robert B. Watts, Laurence A. Knapp,* and *Mortimer B. Wolf* for respondent.

No. 559. WILLIAMS *v.* NEW JERSEY-NEW YORK TRANSIT CO. December 16, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles H. Tuttle* for petitioner. *Mr. James S. Hays* for respondent.

No. 562. PRESTON *v.* KAW PIPE LINE Co. ET AL. December 16, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Earle C. Calhoun, O. B. Martin,* and *Albert L. Orr* for petitioner. *Mr. Jos. G. Carey* for respondents.

No. 566. WHITEMAN *v.* RCA MANUFACTURING Co., INC. ET AL.; and
No. 570. RCA MANUFACTURING Co., INC. *v.* WHITEMAN ET AL. December 16, 1940. Petitions for writs of